# EXHIBIT

# A

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

**STATE OF SOUTH CAROLINA**

**COUNTY OF HORRY**

**IN THE COURT OF COMMON PLEAS**
**FIFTEENTH JUDICIAL CIRCUIT**
**C/A NO. 2025-CP-26-**

Ocean5 LLC d/b/a MB MO LLC,

Plaintiff,

vs.

Debbie Diefenthaler; Adair Horne & Associates, Inc.; and Certain Underwriters at Lloyds, London,

Defendants.

SUMMONS

TO: THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your answer to the said Complaint on the subscriber or subscribers at his or their office at Suite 209, The Courtyard, 1500 U.S. Highway 17 North, Post Office Drawer 14547, Surfside Beach, South Carolina 29587 within thirty (30) days after the service hereof; exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid; the Plaintiff in this action will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

KELAHER, CONNELL & CONNOR, P.C.

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr. (S.C. Bar No. 1358)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net
**Attorney for Plaintiff**

September 26, 2025
Surfside Beach, South Carolina

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| | **FIFTEENTH JUDICIAL CIRCUIT** |
| **COUNTY OF HORRY** | **C/A NO. 2025-CP-26-** |

| | |
|---|---|
| Ocean5 LLC d/b/a MB MO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Debbie Diefenthaler; Adair Horne & Associates, Inc.; and Certain Underwriters at Lloyds, London;<br><br>Defendants. | COMPLAINT<br>(Breach of Contract/Bad Faith/Negligence/Breach of Contract Accompanied by Fraudulent Act)<br><br>JURY TRIAL |

The Plaintiff, complaining of the Defendants, would respectfully allege unto this Court as follows:

1. The Plaintiff, Ocean5 LLC d/b/a MB MO LLC, is a corporation organized and existing pursuant to the laws of the State of South Carolina and doing business in Horry County.

2. The Defendant, Debbie Diefenthaler, is a citizen and resident of Charleston County, South Carolina.

3. The Defendant Adair Horne & Associates, Inc., is a corporation doing business in South Carolina and is an agent of Defendant Certain Underwriters at Lloyds, London.

4. The Defendant, Certain Underwriters at Lloyds, London, is an insurance carrier organized and existing pursuant to the laws of Great Britain and is the insurer of a hotel owned by the Plaintiff.

5. That at all times the Plaintiff had a policy of insurance in force and effect with the policy period from July 22, 2022 to July 22, 2023 with Policy No. QSRNJ20222959 which covered the date of loss of September 30, 2022.

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

6. That on September 30, 2022, a hurricane did come through the Myrtle Beach area and did cause damages to the hotel owned by the Plaintiff located at 411 North Ocean Boulevard, Myrtle Beach, South Carolina.

7. That a video of the Plaintiff's roof during the hurricane is available for viewing by Defendants and has been provided to them.

8. That the Plaintiff's property suffered extensive damage by wind, rain and water intrusion.

9. That the Plaintiff had a policy of insurance with the Defendant Certain Underwriters at Lloyds, London.

10. That the policy in question was an occurrence policy and that hurricanes are covered by an occurrence policy.

11. That video exists of the roof being torn off Plaintiff's property from the hurricane of September 30, 2022.

12. That Defendant Debbie Diefenthaler was an officer, agent and/or employee of Defendant Certain Underwriters at Lloyds, London and was assigned to adjust the loss on behalf of Defendant and at all times had authority with both express and apparent authority to adjust the loss for the Plaintiff.

13. That on or about October 29, 2022, Defendant Diefenthaler, as an officer, agent and/or employee of Defendant Certain Underwriters at Lloyds, London, did send Plaintiff's agent an email in which she stated: "I have submitted an estimate to carrier for review and consideration for roof and interior drying and repairs for $244,913.25. There are several items (windows, cracks, sign, pool, etc.) that are not addressed in this estimate as we await engineer report regarding these items, but I wanted to at least submit what I have estimated to keep the claim moving forward.

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

Once it is reviewed, I will send you a copy. I will let you know when we receive the engineer report. Let me know if you have any questions. Have a good weekend!"

14. That Defendant Diefenthaler orally told Plaintiff on numerous occasions the above amount would be paid.

15. That thereafter Defendant Diefenthaler sent a denial letter along with a renewed denial letter on June 24, 2024 to Plaintiff's agent.

16. That at no time did Defendant Diefenthaler, on behalf of Defendant Certain Underwriters at Lloyds, London, ever advise Plaintiff that payment would not be made in the sum of $244,913.25 pursuant to the policy in force and effect with Defendant Certain Underwriters at Lloyds, London.

17. That Plaintiff is informed and believes that the Defendants, jointly and severely, have breached the contract of insurance with Plaintiff in failing to make payment on the claim.

18. That further Defendants have failed to make payment as represented in Defendant Diefenthaler's email to the Plaintiff dated October 29, 2022.

19. That Plaintiff brings this cause of action for actual damage for breach of contract.

FOR A SECOND CAUSE OF ACTION
(Bad Faith)

20. The Plaintiff realleges and reiterates each and every allegation as fully as if repeated verbatim herein.

21. The Plaintiff is informed and believes that the Defendants, jointly and severally, have acted in bad faith without the force of law.

22. That the Defendants' bad faith includes offering to pay the Plaintiff $244,913.25 for damages and then failing to make payment of that claim without justification when the damages from the storm were documented.

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

23. That the Defendants, through their officers, agents and/or employees including Defendant Diefenthaler, have given no legitimate reason why the payment of $244,913.25 should not be made as per the email of Diefenthaler dated October 29, 2022.

24. The Plaintiff brings this cause of action for bad faith wrongful refusal to pay a valid insurance claim based on the representations of the Defendants' officers, agents and/or employees that the claim would be submitted and that Plaintiff would be paid.

25. The Plaintiff asks for actual damages, punitive damages and the costs of this action.

FOR A THIRD CAUSE OF ACTION
(Negligence)

26. The Plaintiff realleges and reiterates each and every allegation as fully as if repeated verbatim herein.

27. That the Defendants were reckless, willful and wanton in the following particulars:

a. In failing to properly pay the claim;

b. In representing to Plaintiff that the claim would be paid;

c. In reneging on the claim after the email of October 29, 2022;

d. In telling Plaintiff the claim would be paid when it was not paid;

e. In failing to properly adjust the claim;

f. In denying the claim without reason;

g. In failing to pay the part of the claim that Defendants thought was owed on October 29, 2022.

28. That as a direct and proximate result, Plaintiff brings this cause of action for actual damages to its hotel as a result of the actions of these Defendants and requests actual and punitive damages.

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

FOR A FOURTH CAUSE OF ACTION
(Breach of Contract Accompanied by Fraudulent Act)

29. The Plaintiff realleges and reiterates each and every allegation as fully as if repeated verbatim herein.

30. That the Defendant Diefenthaler, acting as officer, agent and/or employee of the Defendant Lloyds, did tell the Plaintiff the sum of $224,913.25 would be paid and then did later without justification deny Plaintiff's claim without evidence and without rhyme or reason.

31. That the actions of the Defendant Diefenthaler, as agent of Lloyds, were unreasonable is a breach of contract accompanied by a fraudulent act.

32. That Plaintiff brings this cause of action for breach of insurance policy accompanied by a fraudulent act, to wit: the offer by Defendant Diefenthaler, on behalf of the other Defendant Lloyds, to pay Plaintiff at least the sum of $244,913.25.

33. The Plaintiff asks for judgment against these Defendants for actual damages, for punitive damages and the costs of this action.

WHEREFORE, Plaintiff prays for judgment as follows:

A. On the First Cause of Action for actual damages.

B. On the Second Cause of Action for actual damages, punitive damages and the costs of this action.

C. On the Third Cause of Action for actual damages and punitive damages.

D. On the Fourth Cause of Action for actual damages, punitive damages and the costs of this action.

ELECTRONICALLY FILED - 2025 Sep 26 4:51 PM - HORRY - COMMON PLEAS - CASE#2025CP2607629

KELAHER, CONNELL & CONNOR, P.C.

*s/ Gene M. Connell, Jr.*

Gene M. Connell, Jr. (S.C. Bar No. 1358)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net
**Attorney for Plaintiff**

September 26, 2025
Surfside Beach, South Carolina