**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Ocean5 LLC d/b/a MB MO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Debbie Diefenthaler; Adair Horne & Associates, Inc.; and Certain Underwriters at Lloyds, London;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:25-cv-13319-JD<br><br>STIPULATION OF DISMISSAL WITH PREDJUDICE IN LIEU OF RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

The Plaintiff, Ocean5 LLC d/b/a MB MO LLC, and Defendants Certain Underwriters at Lloyd's of London Subscribing to Policy Number QSRNJ20222959, Debbie Diefenthaler and Adair Horne & Associates stipulate and agree for Plaintiff to dismiss with prejudice all causes of action against Debbie Diefenthaler and Adair Horne & Associates in lieu of filing a response to Defendants' Motion to Dismiss.

KELAHER, CONNELL & CONNOR, P.C.

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. I.D. No. 236)
The Courtyard, Suite 209
1500 U. S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net
**Attorney for Plaintiff**

PHELPS DUNBAR LLP

/s/ Kevin M. O'Brien (with permission)
Kevin M. O'Brien, SC Bar #100968
D.S.C. Federal Court ID #11781
Anna Pulliam Cathcart, SC Bar #103529
D.S.C. Federal Court ID #13075

PHELPS DUNBAR LLP
4300 Edwards Mill Road Suite 600
Raleigh, North Carolina 27612-3723 Telephone: 919-789-5300
Fax: 919-789-5301

**Attorneys for Certain Interested Underwriters at Lloyd's, London Subscribing to Policy Number QSRNJ20222959, Debbie Diefenthaler and Adair Horne & Associates**

December 23, 2025
Surfside Beach, South Carolina