**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| OCEAN5 LLC D/B/A MB MO LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE DIEFENTHALER; ADAIR HORNE & ASSOCIATES, INC.; AND CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER QSRNJ20222959,<br><br>Defendants. | C.A. No.: 4:25-cv-13319-JD |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Ocean5 LLC d/b/a/ MB MO LLC, and Defendant, Certain Underwriters At Lloyd's Of London Subscribing To Policy Number QSRNJ20222959, (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this entire action including all claims by and between the Parties. (Prior Defendants Debbie Diefenthaler and Adair Horne & Associates, Inc. were previously dismissed with prejudice.) This entire matter is DISMISSED WITH PREJUDICE with each party to bear its own respective fees and costs.

**[SIGNATURES ON THE FOLLOWING PAGE]**

Respectfully submitted this the 15th day of January, 2026.

*/s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr.,
D.S.C. Federal Court ID #236
KELAHER, CONNELL & CONNOR, P.C.
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587
Telephone: 843-238-5648
Fax: 843-238-5050
gconnell@classactlaw.net

*Attorney for Plaintiff*

*/s/ Kevin M. O'Brien*
Kevin M. O'Brien, SC Bar #100968
D.S.C. Federal Court ID #11781
Anna Pulliam Cathcart, SC Bar #103529
D.S.C. Federal Court ID #13075
PHELPS DUNBAR LLP
4300 Edwards Mill Road, Suite 600
Raleigh, North Carolina 27612-3723
Telephone: 919-789-5300
Fax: 919-789-5301
Kevin.obrien@phelps.com
Anna.cathcart@phelps.com

*Attorneys for Certain Interested Underwriters at Lloyd's, London Subscribing to Policy Number QSRNJ20222959, Debbie Dienfenthaler, and Adair Horne & Associates, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, a true and correct copy of JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the Court's CM/ECF system, which will simultaneously allow for electronic service on the following counsel of record:

Gene M. Connell, Jr.
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina 29587
gconnell@classactlaw.net
*Attorney for Plaintiff*

PHELPS DUNBAR LLP

*/s/ Kevin M. O'Brien*
Kevin M. O'Brien, SC Bar #100968
D.S.C. Federal Court ID #11781
Anna Pulliam Cathcart, SC Bar #103529
D.S.C. Federal Court ID #13075
PHELPS DUNBAR LLP
4300 Edwards Mill Road
Suite 600
Raleigh, North Carolina 27612-3723
Telephone: 919-789-5300
Fax: 919-789-5301

*Attorneys for Certain Interested Underwriters at Lloyd's, London Subscribing to Policy Number QSRNJ20222959, Debbie Dienfenthaler, and Adair Horne & Associates, Inc.*